■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL RUCKER, Appellant.—Two judgments of the County Court, Westchester County (Lomanto, J.), both rendered February 23, 1984, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND SALES, Appellant.—Judgment of the Supreme Court, Kings County (Goldstein, J.), rendered December 1, 1981, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.